IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                  Plaintiff,<br><br>vs.<br><br>KENT HIPPEN<br><br>                  Defendant. | Case No. 4:08CR3016<br><br>Order |

      Before the Court is the Request for Transcript of the Sentencing Hearing held on May 15, 2008.

      IT IS ORDERED:

      The Request for Transcript [32] filed by Korey Reiman is granted.

      If the request for transcript was filed by a non-party, the clerk's office is directed to mail a copy of this order to the party requesting the transcript. **The requestor should contact the appropriate court reporter to arrange payment.**

      Dated: December 19, 2016

                                            BY THE COURT:

                                          s/ Richard G. Kopf
                                          Senior United States District Judge