IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:08CR3016 |
| | ) | |
| v. | ) | |
| | ) | |
| KENT HIPPEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

It has been brought to the undersigned's attention that the certification page of the Transcript of Sentencing Proceedings held on May 15, 2008, as to defendant Kent Hippen (filing no. 35) has an incorrect date. Accordingly,

IT IS ORDERED that the parties are advised that the date of January 14, 2016 is corrected to January 14, **2017**, on page 29 (the certification page) of the Transcript of Sentencing Proceedings held on May 15, 2008, as to defendant Kent Hippen (filing no. 35). A corrected transcript will not be filed.

DATED this 26th day of January, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge